PLACER COUNTY COUNSEL'S OFFICE
David K. Huskey (SBN 109329)
175 Fulweiler Avenue
Auburn, CA  95603
Telephone:  530-889-4044
Fax:  530-889-4069

Attorneys for Defendants DEPUTY BENJAMIN GLAU; SERGEANT PATRICK PIAZZA; DEPUTY R. BRADLEY; DEPUTY T. LEWANDOWSKI; DEPUTY Z. POIESZ, THE PLACER COUNTY SHERIFF'S DEPARTMENT; and the COUNTY OF PLACER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY DAWN WOMACK; CHRISTOPHER WOMACK; MICHAEL MESSERALL; APRIL MESSERALL;<br><br>Plaintiffs,<br><br>v.<br><br>PLACER COUNTY SHERIFF'S DEPUTY BENJAMIN GLAU (Badge Number 96); PLACER COUNTY SHERIFF'S SERGEANT PATRICK PIAZZA (Badge Number S-30); PLACER COUNTY SHERIFF'S DEPUTY R. BRADLEY (Unknown Badge Number); PLACER COUNTY SHERIFF'S DEPUTY T. LEWANDOWSKI (Badge Number 156); PLACER COUNTY SHERIFF'S DEPUTY Z. POIESZ (Badge Number 122), THE PLACER COUNTY SHERIFF'S DEPARTMENT; and the COUNTY OF PLACER<br><br>Defendants. | Case No.: 2:08-cv-00677-JAM-KJM<br><br>**AMENDED STIPULATION AND ORDER TO MODIFY PRE-TRIAL SCHEDULING ORDER** |

## STIPULATION

Counsel for the parties have met and conferred and desire to have a settlement conference *before* expending a great deal of time in discovery.  Because this is a Section

1

1983 action alleging false arrest, illegal search, and excessive force against the defendant officers, time spent on discovery would increase attorney's fees. Increasing the attorney's fees associated with this case would clearly diminish the prospects of a compromise settlement of this case. Counsel agreed to have Magistrate Kimberly Mueller conduct the settlement conference when she is available.

To date, the parties have gathered and reviewed transcripts of the criminal trial of plaintiffs. That criminal trial ended with an acquittal. Counsel for the parties have also obtained and reviewed transcripts of the hearing of plaintiffs' suppression motion prior to that trial, which was denied. Based upon the review of the transcripts, the general facts of the case are sufficiently well known to counsel to make an early settlement conference productive. However, counsel believe that additional depositions will be necessary if this case needs to be prepared for trial, and defendants' counsel would most likely schedule videotaped depositions of the plaintiffs.

**A)  Current Schedule Set By The Pre-Trial Order**

The present Pretrial Conference Order sets the following dates:

| | |
|---|---|
| Expert disclosure date: | October 9, 2009 |
| Discovery cut-off: | December 18, 2009 |
| Dispositive motions filed by: | January 20, 2010 |
| Dispositive motions heard by: | February 17, 2010 |
| Final pre-trial conference: | March 26, 2010 |
| Trial: | May 3, 2010. |

**B)  Good Cause For Changing The Dates Contained In The Pretrial Order**

Pursuant to the understanding between counsel that an early settlement conference may provide the best opportunity for settlement, counsel for defendants, David K. Huskey, contacted Magistrate Mueller's clerk, Matt Caspar, on June 18, 2009 to request a settlement conference in June or July of 2009 if possible. Mr. Caspar informed Mr. Huskey that Magistrate Mueller was unavailable to conduct a settlement conference until September,

PDF created with pdfFactory trial version www.pdffactory.com

2009 at the earliest.  Subsequently, Magistrate Mueller offered September 23, 2009 at 1:30 p.m. as a settlement conference date, and the parties agreed thereto.

Therefore, adhering to the current expert disclosure date of October 9, 2009 would require the parties to schedule the depositions of the parties and witnesses in August and September, 2009; i.e, *before* Magistrate Mueller could conduct the settlement conference on September 23, 2009.  The parties have not been dilatory and they clearly have time to complete discovery as presently scheduled.  However, to do so would diminish the odds of reaching a settlement because of the additional expenses incurred before holding the settlement conference.

**C)   Discovery To Be Completed**

This case arises from the response of Placer County Sheriff's Department deputies to a complaint of noise at a residence where a social gathering was taking place, so there are numerous witnesses.  If this case does not settle, the parties are likely to depose, at a minimum, the following 13 persons who testified at trial:

A) Plaintiffs:     Misty Dawn Womack, Christopher Womack, Michael Messerall, and April Messerall.

B) Defendants:  Deputy Benjamin Glau, Deputy Tim Lewandowski, Deputy Zack Poiesz, and Sgt. Pat Piazza.

C) Witnesses:    Nicholas Sudtell, Megan Ecklund, Megan Eklund, Lewis Heflin, and Renee Hawkins.

Moreover, if the dates are not changed, the parties may need to provide the trial testimony and deposition testimony of these 13 witnesses to their respective police procedures experts in early September in order to meet the October 9, 2009 expert disclosure.  The expense of deposing those persons and preparing police procedures experts would greatly diminish the prospects of a compromise settlement in this case because the increased litigation costs would give the parties less flexibility in their respective positions.

PDF created with pdfFactory trial version www.pdffactory.com

**D)  Proposed New Dates**

The parties request permission to move the dates so that the Settlement Conference can be heard by Magistrate Mueller on September 23, 2009 at 1:30 p.m. and that the depositions be set during the months following the settlement conference, in the event that the settlement conference is unsuccessful.  Therefore, the parties request that the following adjustment in dates:

| | |
|---|---|
| Discovery cut-off : | January, 29, 2010 |
| Expert disclosure: | February 26, 2010 |
| Expert discovery cut-off: | April 2, 2010 |
| Dispositive Motion Filing Date: | May 5, 2010 |
| Dispositive Motion Hearing Date: | June 2, 2010 at 9:00 a.m. |
| Joint PreTrial Statement Due: | July 7, 2010 |
| Pretrial Conference: | July 14, 2010 at 3:00 p.m. |
| Trial: | August 23, 2010 at 9:00 a.m. |

Dated:  July 9, 2009        PLACER COUNTY COUNSEL'S OFFICE

By:    /S/ DAVID K. HUSKEY
DAVID K. HUSKEY
Attorneys for Defendants DEPUTY BENJAMIN GLAU; SERGEANT PATRICK PIAZZA; DEPUITY R. BRADLEY; DEPUTY T. LEWANDOWSKI; DEPUTY Z. POIESZ, THE PLACER COUNTY SHERIFF'S DEPARTMENT; and the COUNTY OF PLACER

Dated:  July 9, 2009

By:    /S/  JEFFREY P. GUYTON
JEFFREY P. GUYTON
Attorney for Plaintiffs MISTY DAWN WOMACK; CHRISTOPHER WOMACK; MICHAEL MESSERALL; APRIL MESSERALL

4

Amended Stipulation and [Proposed] Order To Modify Pre-Trial Scheduling Order

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

The foregoing stipulation between counsel showing good cause to modify the schedule in the Pretrial Order, It is Hereby Ordered that the new dates controlling this case are as follows:

| | |
|---|---|
| Discovery cut-off : | January, 29, 2010 |
| Expert disclosure: | February 26, 2010 |
| Expert discovery cut-off: | April 2, 2010 |
| Dispositive Motion Filing Date: | May 5, 2010 |
| Dispositive Motion Hearing Date: | June 2, 2010 at 9:00 a.m. |
| Joint PreTrial Statement Due | July 7, 2010 |
| Pretrial Conference: | July 14, 2010 at 3:00 p.m. |
| Trial: | August 23, 2010 at 9:00 a.m. |

Date:  July 13, 2009

/s/ John A. Mendez_____
Honorable John A. Mendez
United States District Judge

5

Amended Stipulation and [Proposed] Order To Modify Pre-Trial Scheduling Order

PDF created with pdfFactory trial version www.pdffactory.com