1  **JEFFREY P. GUYTON, ESQ.**
   **STATE BAR NO. 131553**
2  **301 BROAD STREET**
   **SECOND FLOOR**
3  **NEVADA CITY, CALIFORNIA 95959**
   **State Bar No.: 131553**
4  **(530) 470-8871 Tel. And Fax**
   **(530) 470-8873 Second Fax**
5  **jpglawyer@hotmail.com**
   **jpglawyer@sbcglobal.net**
6
   Attorney for PLAINTIFFS MISTY DAWN
7  WOMACK; CHRISTOPHER WOMACK;
   MICHAEL MESSERALL; APRIL MESSERALL;
8
9
                    **UNITED STATES DISTRICT COURT**
10
                    **EASTERN DISTRICT OF CALIFORNIA**
11

| 12 | **MISTY DAWN WOMACK; CHRISTOPHER** | **Case No. 2:08-cv-00677-JAM-KJM** |
| --- | --- | --- |
| 13 | **WOMACK, MICHAEL MESSERALL; APRIL MESSERALL;** | |
| 14 | **Plaintiffs,** | **STIPULATION AND ORDER OF DISMISSAL** |
| 15 | **v.** | |
| 16 | **PLACER COUNTY SHERIFF'S DEPUTY** | |
| 17 | **BENJAMIN GLAU (Badge Number 96); PLACER COUNTY SHERIFF'S SERGEANT PATRICK** | |
| 18 | **PIAZZA (Badge Number S-30); PLACER COUNTY SHERIFF'S DEPUTY R. BRADLEY** | |
| 19 | **(Unknown Badge Number); PLACER COUNTY SHERIFF'S DEPUTY T. LEWANDOWSKI** | |
| 20 | **(Badge Number 156); PLACER COUNTY SHERIFF'S DEPUTY Z. POIESZ (Badge Number** | |
| 21 | **122); THE PLACER COUNTY SHERIFF'S DEPARTMENT; and the COUNTY OF PLACER,** | |
| 22 | | |
| 23 | **Defendants.** | |
| 24 | | |

25
26         IT IS HEREBY STIPULATED by and between the parties to this action through their
27  designated counsel that because of a settlement reached between the parties, the above-captioned
28

1  action be dismissed with prejudice pursuant to F.R.C.P. 41 (a)(1). Each party to bear its own

2  attorney's fees and costs.

3

4  Dated: March 8, 2010                          **PLACER COUNTY COUNSEL'S OFFICE**

5                                                        **/s/ DAVID K. HUSKEY**

6                                              By: _____
                                                          **DAVID K. HUSKEY**
7                                                       Attorneys for Defendants DEPUTY
                                                        BENJAMIN GLAU; SERGEANT
8                                                       PATRICK PIAZZA; DEPUTY ROBERT
                                                        BRADLEY; DEPUTY TIM
9                                                       LEWANDOWSKI; DEPUTY ZACH
                                                        POIESZ, THE PLACER COUNTY
10                                                      SHERIFF'S DEPARTMENT; and the
                                                        COUNTY OF PLACER
11

12

13  Dated: March 2, 2010                         **LAW OFFICE OF JEFFREY P. GUYTON**

14                                                       **/s/ JEFFREY P. GUYTON**
15                                             By: _____
                                                         **JEFFREY P GUYTON**
16                                                      Attorney for Plaintiffs MISTY DAWN
                                                        WOMACK; CHRISTOPHER WOMACK;
17                                                      MICHAEL MESSERALL; APRIL
                                                        MESSERALL
18

19

20                                                      **ORDER**

21          Based upon the stipulation of the parties, it is hereby ordered that the above-captioned

22  case is hereby dismissed with prejudice. Each party to bear its own attorney's fees and costs.

23

24

25  Dated: March 24, 2010

26                                             /s/ John A. Mendez
                                               _____
                                               **JOHN A. MENDEZ**
27                                             **UNITED STATES DISTRICT JUDGE**

28

---

**STIPULATION AND ORDER OF DISMISSAL**                                          Page 2 of 2